**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**JOHNNY ROBERT BABB**                                                                     **PETITIONER**

**v.**                                                              **CAUSE NO. 3:10-CV-48-CWR-LRA**

**LAWRENCE KELLY**                                                         **RESPONDENT**

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson entered on January 11, 2013, Docket No. 18, which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days from the date of filing would bar further appeal in accordance with 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b)(2). This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, the petition for writ of habeas corpus is dismissed with prejudice.

SO ORDERED, this the 31st day of January, 2013.

                                                                          s/ Carlton W. Reeves
                                                                          UNITED STATES DISTRICT JUDGE